Case 1:08-cv-00938   Document 13   Filed 11/05/08   Page 1 of 1 PageID #: 107

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2008

FILED
CLERK'S OFFICE

FILED
SEP 2 9 2008
CLERK'S OFFICE
DETROIT

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FORD MOTOR CO. SPEED CONTROL
DEACTIVATION SWITCH PRODUCTS
LIABILITY LITIGATION

~~Lyman L. Gustafson, et al. v. Ford Motor Co.,~~  )
~~D. Kansas, C.A. No. 2:08-2370~~ Opposed 9/22/08 )
Carroll S. Pedigo, et al. v. Ford Motor Co.,                  )
  S.D. West Virginia, C.A. No. 1:08-938                     )
                    08-14689

MDL No. 1718

### CONDITIONAL TRANSFER ORDER (CTO-38)

On October 28, 2005, the Panel transferred four civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 398 F.Supp.2d 1365 (J.P.M.L. 2005). Since that time, 98 additional actions have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Bernard A. Friedman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Friedman.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of October 28, 2005, and, with the consent of that court, assigned to the Honorable Bernard A. Friedman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP 2 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION